AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
　　Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number:8:98-CR-231-T-27MAP |
| VANDALL MARSHALL SMITH | USM Number: 22756-018 |

　　　　　　　　　　　　　　 Howard Anderson AFPD
　　　　　　　　　　　　　　 Defendant's Attorney

## THE DEFENDANT:

____X____ admitted guilt to violation of charge number(s)____1 through 3____ of the Petition.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive Urinalysis for Cocaine | August 13, 2007 |
| 2 | Positive Urinalysis for Cocaine | November 12, 2007 |
| 3 | Positive Urinalysis for Cocaine | December 18, 2007 |

　　　　The defendant is sentenced as provided in pages 2 through ____4____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

　　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

　　　　　　　　　　　　 Date of Imposition of Judgment: February 28, 2007

　　　　　　　　　　　　　　　　 JAMES D. WHITTEMORE
　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

　　　　　　 DATE: February 29th, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
     Sheet 2 – Imprisonment

DEFENDANT:    VANDALL MARSHALL SMITH
CASE NUMBER:  8:98-CR-231-T-27MAP                     Judgment - Page  2  of  4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
**EIGHT (8) MONTHS**.


  __X__    The Court makes the following recommendations to the Bureau of Prisons:  The Court recommends confinement at Coleman.


  __X__    The defendant is remanded to the custody of the United States Marshal.

_____    The defendant shall surrender to the United States Marshal for this district:

      ____  at _____ a.m.    p.m.    on _____.

      ____  as notified by the United States Marshal.

_____    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ____  before 2 p.m. on _____.

      ____  as notified by the United States Marshal.

      ____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


                      _____
                      UNITED STATES MARSHAL

                      By_____
                      DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3 - Supervised Release

| | |
|---|---|
| Defendant: VANDALL MARSHALL SMITH | Judgment - Page __3__ of __4__ |
| Case No.: 8:98-CR-231-T-27MAP | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **TWENTY-FOUR (24) MONTHS**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

_  The mandatory drug testing provisions of the Violent Crime Control Act are waived. However, the court authorizes the Probation Office to conduct random drug testing not to exceed 104 tests per year.

_  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

_  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 8:98-cr-00231-JDW   Document 50   Filed 02/29/08   Page 4 of 4 PageID 53

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3a - Supervised Release

| Defendant: | VANDALL MARSHALL SMITH | Judgment - Page _4_ of _4_ |
|---|---|---|
| Case No.: | 8:98-CR-231-T-27MAP | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

_X_   The Court has zero tolerance for the use and possession of drugs.

_X_   The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatmen of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

_X_   The defendant shall be subject to reasonable search of his residence and vehicle as directed by Probation.